UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

**JOSEPH MAZZOCHI,**

      **Plaintiff,**

v.

**MORAN FOODS, LLC, d/b/a
SAVE-A-LOT FOOD STORES,**

      **Defendant.**
_____/

## NOTICE OF REMOVAL

Defendant, MORAN FOODS, LLC, d/b/a SAVE-A-LOT FOOD STORES ("Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, files this Notice of Removal ("Notice"), and in support states as follows:

## BACKGROUND

1. On August 10, 2020, Plaintiff, Joseph Mazzochi ("Mazzochi"), filed Case No. 56-2020-CA-001165 against Defendant in the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida ("Circuit Court Action").

2. Defendant was served with the Summons and Complaint on August 13, 2020. True and correct copies of the Summons and Complaint, along with all process, pleadings, orders and other papers or exhibits on file with the state court, are being filed contemporaneously with this Notice and are attached as **Exhibit A**.[1]

---

[1] In the process of obtaining the state court file to include with this Notice, Defendant became aware that Mazzochi filed a First Amended Complaint on August 25, 2020, although Defendant

3. This action arises out of Mazzochi's former employment with Defendant. Mazzochi alleges that Defendant unlawfully discriminated against him due to his age. Specifically, he alleges that he was wrongfully terminated because of his age and replaced by an individual 30-40 years his junior. Defendant denies Mazzochi's allegations.

4. Mazzochi's Complaint alleges two counts: (1) violation of the Florida Civil Rights Act ("FCRA"), Fla. Stat. § 760.10 (age discrimination) ("Count 1"); and (2) violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634 ("Count 2").

## GROUNDS FOR REMOVAL

5. A notice of removal must contain "a short and plain statement of the grounds for removal." *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1060 (11th Cir. 2010).

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, which gives federal district courts original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. In his Complaint, Mazzochi alleges that he is a former employee of Defendant who was unlawfully terminated because of his age in violation of the ADEA. *See* Compl. at ¶ 18-20.

8. Count 2 raises a claim arising under federal law: violation of the ADEA, 29 U.S.C. §§ 621-634. *See id*. Because the ADEA is "a law of the United States," this Court has federal question jurisdiction over Count 2 pursuant to 28 U.S.C. § 1331.

9. Count 1 of Mazzochi's Complaint arises out of the same common nucleus of operative fact as Count 2, such that all claims "form part of the same case or controversy" and should be tried together in a single judicial proceeding pursuant to 28 U.S.C. § 1367(a). *See*

---

has not yet been served with same. *See* **Ex. A.** Like the original Complaint, however, the First Amended Complaint alleges violations of the ADEA and FCRA. As a result, even after amendment, federal question jurisdiction still exists.

*United Mine Workers v. Gibbs*, 383 U.S. 715 (1966).  More specifically, all of Mazzochi's claims involve the reasons underlying his termination from his employment with Defendant and whether he was terminated because of his age.

10. Because Mazzochi's state law claim under the FCRA form part of the same case or controversy as his federal claim under the ADEA, this Court may properly exercise supplemental jurisdiction over Count 1 of the Complaint.

11. None of the specifically delineated reasons for declining the exercise of supplemental jurisdiction exist in this case.  *See* 28 U.S.C. § 1367(c).  Namely, Mazzochi's state law claims do not raise novel or complex issues of state law and will not predominate over his ADEA claim.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN MET

12. Venue is proper in the Southern District of Florida because the Circuit Court Action is pending within the jurisdictional confines of this District.  *See* 28 U.S.C. §1446(a).

13. This Notice is timely filed within the 30-day period provided by 28 U.S.C. § 1446(b).

14. Defendant has given written notice of the filing of this Notice to Mazzochi, and Defendant's Notice of Filing Notice of Removal has been filed with the Clerk of the Circuit Court for the Nineteenth Judicial Circuit, in and for St. Lucie County, Florida.

15. By filing this Notice, Defendant does not waive and expressly reserves all rights, claims, and defenses, including, without limitation, all defenses relating to jurisdiction, venue, service of process, right to compel arbitration, and personal jurisdiction.

WHEREFORE, Defendant requests that this Court assume full jurisdiction over the above-referenced matter.

Dated this 2nd day of September, 2020.

                                         Respectfully submitted,

                                         *s/Ashley M. Schachter*
                                         Patrick M. Muldowney
                                         Florida Bar No.: 0978396
                                         pmuldowney@bakerlaw.com
                                         Ashley M. Schachter
                                         Florida Bar No.:  0119374
                                         aschachter@bakerlaw.com
                                         **BAKER & HOSTETLER LLP**
                                         200 South Orange Avenue, Ste. 2300
                                         Orlando, FL 32802-0112
                                         Telephone:  (407) 649-4000
                                         Facsimile:  (407) 841-0168

                                         **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of September, 2020, a true and correct copy of the foregoing has been served via e-mail upon:

Peggy Underbrink, Esq.
**PEGGY UNDERBRINK, P.A.**
Post Office Box 2463
Bellingham, WA 98227
Telephone: 888-811-0391
Facsimile: 888-811-0391
E-mail: underbrinklawfirm@gmail.com
**ATTORNEY FOR PLAINTIFF**

                                         *s/Ashley M. Schachter*
                                         Ashley M. Schachter