# EXHIBIT "A"

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I.     CASE STYLE

IN THE CIRCUIT COURT OF THE <u>NINETEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>ST. LUCIE</u>  COUNTY, FLORIDA

Case No.:  <u>562020CA001165AXXXHC</u>
Judge: _____  Judge Barbara Bronis

<u>Joesph Mazzochi</u>
Plaintiff

vs.

<u>Moran Foods, LLC d/b/a Save-A-Lot Food Stores</u>
Defendant

## II.     AMOUNT OF CLAIM

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>350,000</u>

## III.     TYPE OF CASE     (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

| Left column | Right column |
|---|---|
| ☐ Condominium | ☐ Malpractice – other professional |
| ☐ Contracts and indebtedness | ☒ Other |
| ☐ Eminent domain | ☐ Antitrust/Trade Regulation |
| ☐ Auto negligence | ☐ Business Transaction |
| ☐ Negligence – other | ☐ Circuit Civil - Not Applicable |
| ☐ Business governance | ☐ Constitutional challenge-statute or ordinance |
| ☐ Business torts | ☐ Constitutional challenge-proposed amendment |
| ☐ Environmental/Toxic tort | ☐ Corporate Trusts |
| ☐ Third party indemnification | ☒ Discrimination-employment or other |
| ☐ Construction defect | ☐ Insurance claims |
| ☐ Mass tort | ☐ Intellectual property |
| ☐ Negligent security | ☐ Libel/Slander |
| ☐ Nursing home negligence | ☐ Shareholder derivative action |
| ☐ Premises liability – commercial | ☐ Securities litigation |
| ☐ Premises liability – residential | ☐ Trade secrets |
| ☐ Products liability | ☐ Trust litigation |
| ☐ Real Property/Mortgage foreclosure | |
| ☐ Commercial foreclosure | ☐ County Civil |
| ☐ Homestead residential foreclosure | ☐ Small Claims up to $8,000 |
| ☐ Non-homestead residential foreclosure | ☐ Civil |
| ☐ Other real property actions | ☐ Replevins |
| ☐ Professional malpractice | ☐ Evictions |
| ☐ Malpractice – business | ☐ Other civil (non-monetary) |
| ☐ Malpractice – medical | |

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☐  Non-monetary declaratory or injunctive relief;
☒  Punitive

**V.**      **NUMBER OF CAUSES OF ACTION:**
(Specify)

<u>2</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐  Yes
☒  No

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

**VIII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒  Yes
☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Peggy Underbrink</u>
            Attorney or party
FL Bar No.: <u>599107</u>
            (Bar number, if attorney)
            <u>Peggy Underbrink</u>
            (Type or print name)
    Date:   <u>08/10/2020</u>

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

JOSEPH MAZZOCHI

      Plaintiff,

vs.

MORAN FOODS, LLC, d/b/a
SAVE-A-LOT FOOD STORES,

      Defendant.

_____/

CASE NO.  562020CA001165AXXXHC

JUDGE:    Judge Barbara Bronis

## **SUMMONS**

**THE STATE OF FLORIDA**
To Each Sheriff of the State:

      **YOU ARE  COMMANDED** to serve this Summons and a copy of the Complaint  or Petition in this action on Defendant:

           MORAN FOODS, LLC, d/b/a SAVE-A-LOT FOOD STOR3ES
           ℅ C T CORPORATION SYSTEM
           1200 SOUTH PINE ISLAND ROAD
           PLANTATION, FL 33324

      Each defendant is required to serve a copy of written defenses to the complaint or petition on the above-named Plaintiff or Plaintiff's Attorney, within 20 calendar days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service or immediately thereafter. If a defendant fails to do so a default will be entered against that defendant for the relief demanded in the complaint or petition.

      **DATED** on _____, 2020.

           St. Lucie County Clerk of Court
           As Clerk of Court

           By _____
              Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you.  You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## **IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contesar la demanda adjunta, pro escrito, y presentaria ante este tribunal.  Una llamade telefonica no lo protrgera.  Si usted desea que el tribunal considere su defensa, deve presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demand a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatemente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparacen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denomada abajo como "Plaintiff/Plaintiff's Attorney"(Demandante o Abogado del Demandante).

## **IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez vingt (20) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que botre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridieuqs et bous pouvez req      u i e r i les services immediats d'un avocat.    Si vous ne connaissez pas d'avocat, cous pourriez telephoner a un service de reference d'avocats ou a un dureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra agalement, en meme temps que cette farmalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Peggy Underbrink
Florida Bar No. 599107
Attorney for Plaintiff
P.O. Box 2463
Bellingham
Tel. 888-811-0391
underbrinklawfirm@gmail.com

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

JOSEPH MAZZOCHI

      Plaintiff,

vs.

MORAN FOODS, LLC, d/b/a
SAVE-A-LOT FOOD STORES,

      Defendant.

_____/

CASE NO.   562020CA001165AXXXHC

JUDGE:    Judge Barbara Bronis

**<u>SUMMONS</u>**

**THE STATE OF FLORIDA**
To Each Sheriff of the State:

      **YOU ARE   COMMANDED** to serve this Summons and a copy of the Complaint   or Petition in this action on Defendant:

          MORAN FOODS, LLC, d/b/a SAVE-A-LOT FOOD STOR3ES
          ℅ C T CORPORATION SYSTEM
          1200 SOUTH PINE ISLAND ROAD
          PLANTATION, FL 33324

      Each defendant is required to serve a copy of written defenses to the complaint or petition on the above-named Plaintiff or Plaintiff's Attorney, within 20 calendar days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service or immediately thereafter. If a defendant fails to do so a default will be entered against that defendant for the relief demanded in the complaint or petition.

      **DATED** on _____August 11_____, 2020.

          St. Lucie County Clerk of Court
          As Clerk of Court

          By _____W. Heron_____
          Deputy Clerk

IMPORTANT

A lawsuit has been filed against you.   You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court.   A phone call will not protect you.   Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.   If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court.   There are other legal requirements.   You may want to call an attorney right away.   If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/ Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente.   Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contesar la demanda adjunta, pro escrito, y presentaria ante este tribunal.   Una llamade telefonica no lo protrgera.   Si usted desea que el tribunal considere su defensa, deve presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.   Si usted no contesta la demand a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.   Existen otros requisitos legales.   Si lo desea, puede usted consultar a un abogado inmediatemente.   Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparacen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denomada abajo como "Plaintiff/Plaintiff's Attorney"(Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous.   Vous avez vingt (20) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.   Un simple coup de telephone est insuffisant pour vous proteger.   Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.   Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que botre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.   Il y a d'autres obligations juridieuqs et bous pouvez req      u i e r i les services immediats d'un avocat.   Si vous ne connaissez pas d'avocat, cous pourriez telephoner a un service de reference d'avocats ou a un dureau d'assistance juridique (figurant a l'annuaire de telephones).

2

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra agalement, en meme temps que cette farmalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Peggy Underbrink
Florida Bar No. 599107
Attorney for Plaintiff
P.O. Box 2463
Bellingham
Tel. 888-811-0391
underbrinklawfirm@gmail.com

## VERIFIED RETURN OF SERVICE

| State of Florida | County of Saint Lucie | Circuit Court |
|---|---|---|

Case Number: 562020CA001165AXXXHC

Plaintiff:
**JOSEPH MAZZOCHI**

vs.

Defendant:
**MORAN FOODS, LLC, d/b/a SAVE-A-LOT FOOD STORES,**

JGS2020186024

For:
Peggy Underbrink Attorney at Law
P.O. Box 2463
Bellingham, WA 98227

Received by COURTESY FLORIDA PROCESS SERVERS on the 11th day of August, 2020 at 3:56 pm to be served on **MORAN FOODS, LLC, d/b/a SAVE-A-LOT FOOD STORES, By serving CT Corporation Systems as it's statutory registered agent, 1200 South Pine Island Rd, Suite 240, Plantation, FL 33324**.

I, CARLOS PARDO, do hereby affirm that on the **13th day of August, 2020** at **11:25 am, I:**

**CORPORATE: served** by delivering a true copy of the **SUMMONS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Donna Mock** as **Registered Agent** at the address of: **1200 South Pine Island Rd, Plantation, FL 33324** on behalf of **MORAN FOODS, LLC, d/b/a SAVE-A-LOT FOOD STORES,**, and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct, that I am a court appointed, CERTIFIED PROCESS SERVER IN GOOD STANDING for the in JUDICIAL CIRCUIT in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525 ( 2 ).

**CARLOS PARDO**
CPS #1056

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**

Our Job Serial Number: JGS-2020186024

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

 CT Corporation

**Service of Process Transmittal**
08/13/2020
CT Log Number 538088190

TO: Karen Procell
Save-A-Lot
400 NORTHWEST PLAZA DRIVE
ST. ANN, MO 63074

RE: **Process Served in Florida**

FOR: Moran Foods, LLC  (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOESPH MAZZOCHI, PLTF. vs. MORAN FOODS, LLC, ETC., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 562020CA001165AXXXHC |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/13/2020 at 12:59 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/13/2020, Expected Purge Date: 08/18/2020 |
| | Image SOP |
| | Email Notification,  Karen Procell  karen.procell@savealot.com |
| | Email Notification,  Donna Rattliff  donna.rattliff@savealot.com |
| | Email Notification,  Kalin Berry  kalin.berry@savealot.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **For Questions:** | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of  1 / RG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

**Date:**               Thu, Aug 13, 2020

**Server Name:**        Carlos Pardo

**Location:**           Plantation, FL


Entity Served           MORAN FOODS, LLC

Agent Name              C T CORPORATION SYSTEM

Case Number             562020CA001165AXXXHC

Jurisdiction            FL



IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

JOSEPH MAZZOCHI

      Plaintiff,

vs.

MORAN FOODS, LLC, d/b/a
SAVE-A-LOT FOOD STORES,

      Defendant.

_____/

CASE NO.  562020CA001165AXXXHC
JUDGE:

Judge Barbara Bronis

## SUMMONS

**THE STATE OF FLORIDA**
To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

        MORAN FOODS, LLC, d/b/a SAVE-A-LOT FOOD STOR3ES
        ℅ C T CORPORATION SYSTEM
        1200 SOUTH PINE ISLAND ROAD
        PLANTATION, FL 33324

    Each defendant is required to serve a copy of written defenses to the complaint or petition on the above-named Plaintiff or Plaintiff's Attorney, within 20 calendar days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service or immediately thereafter. If a defendant fails to do so a default will be entered against that defendant for the relief demanded in the complaint or petition.

    **DATED on** _____ August 11 _____, 2020.

             St. Lucie County Clerk of Court
             As Clerk of Court

             By _____ W. Heron _____
                    Deputy Clerk

IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/ Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contesar la demanda adjunta, pro escrito, y presentaria ante este tribunal. Una llamade telefonica no lo protrgera. Si usted desea que el tribunal considere su defensa, deve presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demand a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatemente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparacen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denomada abajo como "Plaintiff/Plaintiff's Attorney"(Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez vingt (20) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que botre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridieuqs et bous pouvez req     u i e r i les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, cous pourriez telephoner a un service de reference d'avocats ou a un dureau d'assistance juridique (figurant a l'annuaire de telephones).

2

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra agalement, en meme temps que cette farmalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Peggy Underbrink
Florida Bar No. 599107
Attorney for Plaintiff
P.O. Box 2463
Bellingham
Tel. 888-811-0391
underbrinklawfirm@gmail.com

3

IN THE CIRCUIT COURT OF THE
19TH JUDICIAL CIRCUIT, IN AND FOR
ST. LUCIE COUNTY,FLORIDA

CASE NO. 562020CA001165AXXXHC
JUDGE:    Barbara Bronis

JOESPH MAZZOCHI,

      Plaintiff,

v.

MORAN FOODS, LLC, a foreign
limited liability company, d/b/a
SAVE A LOT FOOD STORES,

      Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Joseph Mazzochi, sues Defendant, Moran Foods, LLC, a foreign limited liability company doing business as Save A Lot Food Stores, and alleges:

### FACTS COMMON TO ALL COUNTS

1.     This is an action which arises under the Age Discrimination in Employment Act (ADEA), 29 U.S.C § 621 - 29 U.S.C. § 634 ; and the Florida Civil Rights Act (FCRA), Florida Statute §760.10.

2.     Defendant Moran Foods, LLC, was and is a foreign limited liability company doing business as Save-A-Lot Food Stores in St. Lucie County, Florida.

3.     At all times material to this action, Defendant regularly employed more than twenty (20) individuals.

4.     Plaintiff has timely complied with all administrative prerequisites prior to filing this action, in that with respect to his ADEA and FCRA claims, Plaintiff timely filed a charge of discrimination with the United States Equal Employment Opportunity Commission (E.E.O.C.), Charge No. 510-2020-02925, on or about March 6, 2020. (Exhibit A).

5.     Plaintiff's charge of discrimination was "dually filed" pursuant to the work-share agreement between the E.E.O.C. and the Florida Commission on Human Relations, as '[p]ursuant to EEOC regulation 29 C.F.R. §1626.10(c), the filing of a charge with one agency is deemed to be a filing with both the state agency and the E.E.O.C." Cox v. Sears Roebuck and Co., 8 Fla.Law.W.Fed.D 113 M.D. Fla. 1994), affirmed, 69 F.3d 550 (11th Cir. 1995).

6.     More than 60 days have elapsed since Plaintiff filed his charge of discrimination with the EEOC, and the EEOC issued Plaintiff a Notice of Right to Sue on July 10, 2020. (Exhibit B).

7.     Plaintiff was employed by the Defendant and held the position of Assistant Manager at one of Defendant's Save-A-Lot Food Stores in Fort Pierce, Florida for approximately 9 1/2 years.

8.     Plaintiff has over forty (40) years of experience in the grocery business, including as a store owner, store manager, and assistant store manager.   At all times material to this action, Plaintiff performed all duties of his job as Assistant Manager for the Defendant satisfactorily or better.

9.     At some point in 2019, after a change in Defendant's management, Plaintiff noticed Defendant started to treat the store manager and Plaintiff - both of whom are in their mid-60s, differently than the younger employees.

2

10.    In a short succession of time between late 2019 and early 2020, Plaintiff observed both the store manager and himself, both in their mid-60s, suddenly being singled out for discipline on false and/or miniscule purported issues even though there was no change in either manager's actual job performance.

11.    The Defendant terminated Plaintiff's employment on or about February 16, 2020, when Plaintiff was 65 years of age.

12.    Approximately 2 months before the Defendant terminated Plaintiff's employment, the Defendant terminated the store manager, who was also approximately 65 years of age, had performed his job satisfactorily or better, and replaced him with an individual who was approximately 20 years younger.

13.    The Defendant replaced Plaintiff with a younger individual, who was approximately 30-40 years younger than Plaintiff.

14.    Plaintiff has suffered damages as a result of the Defendant's termination of his employment.

**COUNT I**
**FLORIDA CIVIL RIGHTS ACT**
**§760.10, Fla. Stat.**

15.    Plaintiff re-alleges paragraphs 1-14 above.

16.    Defendant discriminated against Plaintiff on the basis of age in violation of the Florida Civil Rights Act (FCRA), Florida Statute §760.10.

17.    Plaintiff suffered damages caused by the Defendant's violation of FCRA, including but not limited to lost income, lost benefits, lost opportunities for career advancement, mental pan and anguish and lost employment opportunities.

3

WHEREFORE, Plaintiff demands judgment against Defendant for his past lost earnings and fringe benefits, future lost earnings and fringe benefits, punitive damages, and damages for the value of his lost earning capacity so that he can be made whole, as well as his reasonable attorney's fees and costs pursuant to the FCRA, and any other relief the Court deems just and proper.

## COUNT II
## AGE DISCRIMINATION IN EMPLOYMENT ACT (ADEA)
### 29 U.S.C § 621 - 29 U.S.C. § 634

18.    Plaintiff re-alleges paragraphs 1-14.

19.    The Defendant willfully discriminated against the Plaintiff in the terms and conditions of employment on the basis of the Plaintiff's age, in violation of the ADEA when Defendant terminated Plaintiff at the age of 65 and replaced him with a younger individual.

20.    The Plaintiff has suffered damages as a result of the Defendant's discrimination in violation of the ADEA, including but not limited to lost income, lost benefits, lost opportunities for advancement, and mental pain and anguish.

WHEREFORE, Plaintiff demands judgment against Defendant for his past lost earnings and fringe benefits, future lost earnings and fringe benefits, and damages for the value of his lost earning capacity so that he can be made whole, liquidated damages, his reasonable attorney's fees and costs pursuant to the ADEA, and any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues so triable.

Dated this 10th day of August 2020,

Respectfully submitted,

4

/s/ Peggy Underbrink
Attorney for Plaintiff
Florida Bar No. 599107
PO Box 2463
Bellingham WA 98227
T 888-811-0391
F 888-811-0391
underbrinklawfirm@gmail.com

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)  Mr. Joseph Mazzochi | Home Phone No. (Incl Area Code) 772-285-3540 | Date of Birth 05-24-1954 |
|---|---|---|

| Street Address 427 SW Monroe Drive , Port St. Lucie, FL 34986 | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name  Moran Foods, LLC, dba Save A Lot Food Stoes | No. Employees, Members >20 | Phone No. (Include Area Cod) 772-489-6741 |
|---|---|---|

| Street Address 2960 S US Hwy 1 Ste. D-1, Fort Pierce FL 34982 | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Cod) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest    Latest
September 2019 - February 2020

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am 65 years of age, and will turn 66 in May 2020.  I was employed as an Assistant Manager at a Save A Lot Food Store (Moran Foods, LLC d/b/a/ "Save A Lot") in Fort Pierce, Florida for over 9 years.  On February 16, 2020, Save a Lot suddenly terminated my employment for purported reasons that were not consistent with their actual practices with regard to employee discipline.  Not long before Save A Lot terminated me, I witnessed them force the Store Manager, who was also in his mid-60s, to retire. It appeared that new management was systematically removing older employees. I believe Save A Lot discriminated against me on the basis of age.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| March 6, 2020                 Jos M.G. Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:   **Joseph Mazzochi**
· **427 SW Monroe Drive**
**Port Saint Lucie, FL 34986**

From:   **Miami District Office**
**Miami Tower, 100 S E 2nd Street**
**Suite 1500**
**Miami, FL 33131**

[  ]   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
|  | **L. Foreshaw,** |  |
| **510-2020-02925** | **Senior Federal Investigator** | **(786) 648-5840** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

[  ]   More than 180 days have passed since the filing of this charge.

[  ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ X ]   The EEOC is terminating its processing of this charge.

[  ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

[ X ]   The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.**  Otherwise, your right to sue based on the above-numbered charge will be lost.

[  ]   The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

for **Bradley A. Anderson,**
**Acting District Director**

*(Date Emailed)*

cc:   **Denise Persechino**
**Registered Agent**
**MORAN FOODS, LLC**
**(d/b/a) SAVE ALOT FOOD STORE**
**2960 S. US Highway 1**
**Fort Pierce, FL 34982**

**Peggy Underbrink, Esq.**
**PEGGY UNDERBRINK**
**Post Office Box 2463**
**Bellingham, WA 98227**

IN THE CIRCUIT COURT OF THE
19TH JUDICIAL CIRCUIT, IN AND FOR
ST. LUCIE COUNTY,FLORIDA

CASE NO. 562020CA001165XXXHC

JUDGE: BARBARA BRONIS

JOESPH MAZZOCHI,

     Plaintiff,

v.

MORAN FOODS, LLC, a foreign
limited liability company, d/b/a
SAVE A LOT FOOD STORES,

     Defendant.

_____/

## <u>PLAINTIFF'S MOTION TO AMEND COMPLAINT</u>

Plaintiff Joseph Mazzochi, by and through his undersigned attorney, and pursuant to Fla.R.Civ.P. 1.190(a)s, hereby moves to amend his complaint and states:

1.    Plaintiff filed his complaint and demand for jury trial on , 2020.

2.    Plaintiff's undersigned counsel inadvertently omitted the Jurisdiction and Venue section from Plaintiff's complaint.

3.    Plaintiff has attached a copy of the amended complaint to this motion, in accordance with Fla.R.Civ.P. 1.190(a).

4.    Pursuant to Fla.R.Civ.P. 1.190(a), Plaintiff may amend his complaint once before a responsive pleading has been served.

5.    A responsive pleading has not yet been served.

1

WHEREFORE, Plaintiff respectfully requests the Court issue an Order granting Plaintiff's motion to amend his complaint.

Respectfully submitted this 25th of August, 2020.

/s/ Peggy Underbrink
Attorney for Plaintiff
Florida Bar No. 599107
PO Box 2463
Bellingham WA 98227
T 888-811-0391
F 888-811-0391
underbrinklawfirm@gmail.com

IN THE CIRCUIT COURT OF THE
19TH JUDICIAL CIRCUIT, IN AND FOR
ST. LUCIE COUNTY,FLORIDA

CASE NO.562020CA001165XXHC

JUDGE: BARBARA BRONIS

JOESPH MAZZOCHI,

     Plaintiff,

v.

MORAN FOODS, LLC, a foreign
limited liability company, d/b/a
SAVE A LOT FOOD STORES,

     Defendant.

_____/

## **FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

     Plaintiff, Joseph Mazzochi, sues Defendant, Moran Foods, LLC, a foreign limited liability company doing business as Save A Lot Food Stores, and alleges:

## **INTRODUCTION**

1.    This is an action to recover damages under the Age Discrimination in Employment Act (ADEA), 29 U.S.C § 621 - 29 U.S.C. § 634 ; and the Florida Civil Rights Act (FCRA), Florida Statute §760.10.

## **JURISDICTION AND VENUE**

2.    This court has jurisdiction over this dispute because this complaint seeks damages in excess of $30,000.00 (thirty-thousand dollars).

1

3.      Venue is proper in St. Lucie County, Florida because the causes of action accrued in St. Lucie County, Florida.

## FACTS COMMON TO ALL COUNTS

4.      Defendant Moran Foods, LLC, was and is a foreign limited liability company doing business as Save-A-Lot Food Stores in St. Lucie County, Florida.

5.      At all times material to this action, Defendant regularly employed more than twenty (20) individuals.

6.      Plaintiff has timely complied with all administrative prerequisites prior to filing this action, in that with respect to his ADEA and FCRA claims, Plaintiff timely filed a charge of discrimination with the United States Equal Employment Opportunity Commission (E.E.O.C.), Charge No. 510-2020-02925, on or about March 6, 2020. (Exhibit A).

7.      Plaintiff's charge of discrimination was "dually filed" pursuant to the work-share agreement between the E.E.O.C. and the Florida Commission on Human Relations, as '[p]ursuant to EEOC regulation 29 C.F.R. §1626.10(c), the filing of a charge with one agency is deemed to be a filing with both the state agency and the E.E.O.C." Cox v. Sears Roebuck and Co., 8 Fla.Law.W.Fed.D 113 M.D. Fla. 1994), affirmed, 69 F.3d 550 (11th Cir. 1995).

8.      More than 60 days have elapsed since Plaintiff filed his charge of discrimination with the EEOC, and the EEOC issued Plaintiff a Notice of Right to Sue on July 10, 2020. (Exhibit B).

9.      Plaintiff was employed by the Defendant and held the position of Assistant Manager at one of Defendant's Save-A-Lot Food Stores in Fort Pierce, Florida for approximately 9 1/2 years.

10.     Plaintiff has over forty (40) years of experience in the grocery business, including as a store owner, store manager, and assistant store manager.   At all times material to this action, Plaintiff performed all duties of his job as Assistant Manager for the Defendant satisfactorily or better.

11.     At some point in 2019, after a change in Defendant's management, Plaintiff noticed Defendant started to treat the store manager and Plaintiff - both of whom are in their mid-60s, differently than the younger employees.

12.     In a short succession of time between late 2019 and early 2020, Plaintiff observed both the store manager and himself, both in their mid-60s, suddenly being singled out for discipline on false and/or miniscule purported issues even though there was no change in either manager's actual job performance.

13.      The Defendant terminated Plaintiff's employment on or about February 16, 2020, when Plaintiff was 65 years of age.

14.     Approximately 2 months before the Defendant terminated Plaintiff's employment, the Defendant terminated the store manager, who was also approximately 65 years of age, had performed his job satisfactorily or better, and replaced him with an individual who was approximately 20 years younger.

15.     The Defendant replaced Plaintiff with a younger individual, who was approximately 30-40 years younger than Plaintiff.

16.     Plaintiff has suffered damages as a result of the Defendant's termination of his employment.

## COUNT I
## FLORIDA CIVIL RIGHTS ACT
## §760.10, Fla. Stat.

17.     Plaintiff re-alleges paragraphs 1-16 above.

18.     Defendant discriminated against Plaintiff on the basis of age in violation of the Florida Civil Rights Act (FCRA), Florida Statute §760.10.

19.     Plaintiff suffered damages caused by the Defendant's violation of FCRA, including but not limited to lost income, lost benefits, lost opportunities for career advancement, mental pan and anguish and lost employment opportunities.

WHEREFORE, Plaintiff demands judgment against Defendant for his past lost earnings and fringe benefits, future lost earnings and fringe benefits, punitive damages, and damages for the value of his lost earning capacity so that he can be made whole, as well as his reasonable attorney's fees and costs pursuant to the FCRA, and any other relief the Court deems just and proper.

## COUNT II
## AGE DISCRIMINATION IN EMPLOYMENT ACT (ADEA)
## 29 U.S.C § 621 - 29 U.S.C. § 634

20.     Plaintiff re-alleges paragraphs 1-16.

21.     The Defendant willfully discriminated against the Plaintiff in the terms and conditions of employment on the basis of the Plaintiff's age, in violation of the ADEA when Defendant terminated Plaintiff at the age of 65 and replaced him with a younger individual.

22.     The Plaintiff has suffered damages as a result of the Defendant's discrimination in violation of the ADEA, including but not limited to lost income, lost benefits, lost opportunities for advancement, and mental pain and anguish.

WHEREFORE, Plaintiff demands judgment against Defendant for his past lost earnings and fringe benefits, future lost earnings and fringe benefits, and damages for the value of his lost earning capacity so that he can be made whole, liquidated damages, his reasonable attorney's fees and costs pursuant to the ADEA, and any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues so triable.

Dated this 25th day of August 2020,

Respectfully submitted,

/s/ Peggy Underbrink
Attorney for Plaintiff
Florida Bar No. 599107
PO Box 2463
Bellingham WA 98227
T 888-811-0391
F 888-811-0391
underbrinklawfirm@gmail.com

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Joseph Mazzochi<br>427 SW Monroe Drive<br>Port Saint Lucie, FL 34986 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **510-2020-02925** | L. Foreshaw,<br>**Senior Federal Investigator** | **(786) 648-5840** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**ERIKA LACOUR**
Digitally signed by ERIKA LACOUR
DN: c=US, o=U.S. Government, ou=Equal
Employment Opportunity Commission,
cn=ERIKA LACOUR,
0.9.2342.19200300.100.1.1=45001002872263
Date: 2020.07.10 06:41:37 -05'00'

07/10/2020

Enclosures(s)

for **Bradley A, Anderson,**
**Acting District Director**

*(Date Emailed)*

cc: | **Denise Persechino**<br>**Registered Agent**<br>**MORAN FOODS, LLC**<br>**(d/b/a) SAVE ALOT FOOD STORE**<br>**2960 S. US Highway 1**<br>**Fort Pierce, FL 34982** | **Peggy Underbrink, Esq.**<br>**PEGGY UNDERBRINK**<br>**Post Office Box 2463**<br>**Bellingham, WA 98227** |

**Ex. B**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)  Mr. Joseph Mazzochi | Home Phone No. (Incl Area Code)  772-285-3540 | |
|---|---|---|

Street Address  
427 SW Monroe Drive , Port St. Lucie, FL 34986  
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name  Moran Foods, LLC, dba Save A Lot Food Stoes | No. Employees, Members  >20 | Phone No. (Include Area Cod)  772-489-6741 |
|---|---|---|

Street Address  
2960 S US Hwy 1 Ste. D-1, Fort Pierce FL 34982  
City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Include Area Cod) |
|---|---|---|

Street Address  
City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE  
Earliest                    Latest  
September 2019 - February 2020

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am 65 years of age, and will turn 66 in May 2020. I was employed as an Assistant Manager at a Save A Lot Food Store (Moran Foods, LLC d/b/a/ "Save A Lot") in Fort Pierce, Florida for over 9 years. On February 16, 2020, Save a Lot suddenly terminated my employment for purported reasons that were not consistent with their actual practices with regard to employee discipline. Not long before Save A Lot terminated me, I witnessed them force the Store Manager, who was also in his mid-60s, to retire. It appeared that new management was systematically removing older employees. I believe Save A Lot discriminated against me on the basis of age.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| MARCH 6, 2020 _____<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Ex. A

IN THE CIRCUIT COURT OF THE
19TH JUDICIAL CIRCUIT, IN AND FOR
ST. LUCIE COUNTY, FLORIDA

CASE NO. 562020CA001165XXXHC

JUDGE: BARBARA BRONIS

JOESPH MAZZOCHI,

      Plaintiff,

v.

MORAN FOODS, LLC, a foreign
limited liability company, d/b/a
SAVE A LOT FOOD STORES,

      Defendant.

_____/

## ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT

It appearing from the record that a responsive pleading to the initial complaint has not been served,

Plaintiff's ex parte motion to file a first amended complaint is hereby granted.  Plaintiff shall file

his first amended complaint within three (3) days of this order.

      ORDERED at St. Lucie County, Florida.

11:06 am, Aug 25 2020

_____
BARBARA W. BRONIS, CIRCUIT JUDGE

*Copies provided to all counsel of record listed in e-portal.*

IN THE CIRCUIT COURT OF THE
19TH JUDICIAL CIRCUIT, IN AND FOR
ST. LUCIE COUNTY, FLORIDA

CASE NO.562020CA001165XXHC

JUDGE: BARBARA BRONIS

JOESPH MAZZOCHI,

      Plaintiff,

v.

MORAN FOODS, LLC, a foreign
limited liability company, d/b/a
SAVE A LOT FOOD STORES,

      Defendant.

_____/

## **FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

      Plaintiff, Joseph Mazzochi, sues Defendant, Moran Foods, LLC, a foreign limited liability company doing business as Save A Lot Food Stores, and alleges:

## **INTRODUCTION**

1.    This is an action to recover damages under the Age Discrimination in Employment Act (ADEA), 29 U.S.C § 621 - 29 U.S.C. § 634 ; and the Florida Civil Rights Act (FCRA), Florida Statute §760.10.

## **JURISDICTION AND VENUE**

2.    This court has jurisdiction over this dispute because this complaint seeks damages in excess of $30,000.00 (thirty-thousand dollars).

3.      Venue is proper in St. Lucie County, Florida because the causes of action accrued in St. Lucie County, Florida.

## FACTS COMMON TO ALL COUNTS

4.      Defendant Moran Foods, LLC, was and is a foreign limited liability company doing business as Save-A-Lot Food Stores in St. Lucie County, Florida.

5.      At all times material to this action, Defendant regularly employed more than twenty (20) individuals.

6.      Plaintiff has timely complied with all administrative prerequisites prior to filing this action, in that with respect to his ADEA and FCRA claims, Plaintiff timely filed a charge of discrimination with the United States Equal Employment Opportunity Commission (E.E.O.C.), Charge No. 510-2020-02925, on or about March 6, 2020. (Exhibit A).

7.      Plaintiff's charge of discrimination was "dually filed" pursuant to the work-share agreement between the E.E.O.C. and the Florida Commission on Human Relations, as '[p]ursuant to EEOC regulation 29 C.F.R. §1626.10(c), the filing of a charge with one agency is deemed to be a filing with both the state agency and the E.E.O.C." Cox v. Sears Roebuck and Co., 8 Fla.Law.W.Fed.D 113 M.D. Fla. 1994), affirmed, 69 F.3d 550 (11th Cir. 1995).

8.      More than 60 days have elapsed since Plaintiff filed his charge of discrimination with the EEOC, and the EEOC issued Plaintiff a Notice of Right to Sue on July 10, 2020. (Exhibit B).

9.      Plaintiff was employed by the Defendant and held the position of Assistant Manager at one of Defendant's Save-A-Lot Food Stores in Fort Pierce, Florida for approximately 9 1/2 years.

10.      Plaintiff has over forty (40) years of experience in the grocery business, including as a store owner, store manager, and assistant store manager.   At all times material to this action, Plaintiff performed all duties of his job as Assistant Manager for the Defendant satisfactorily or better.

11.      At some point in 2019, after a change in Defendant's management, Plaintiff noticed Defendant started to treat the store manager and Plaintiff - both of whom are in their mid-60s, differently than the younger employees.

12.      In a short succession of time between late 2019 and early 2020, Plaintiff observed both the store manager and himself, both in their mid-60s, suddenly being singled out for discipline on false and/or miniscule purported issues even though there was no change in either manager's actual job performance.

13.      The Defendant terminated Plaintiff's employment on or about February 16, 2020, when Plaintiff was 65 years of age.

14.      Approximately 2 months before the Defendant terminated Plaintiff's employment, the Defendant terminated the store manager, who was also approximately 65 years of age, had performed his job satisfactorily or better, and replaced him with an individual who was approximately 20 years younger.

15.      The Defendant replaced Plaintiff with a younger individual, who was approximately 30-40 years younger than Plaintiff.

16.     Plaintiff has suffered damages as a result of the Defendant's termination of his employment.

## COUNT I
## FLORIDA CIVIL RIGHTS ACT
## §760.10, Fla. Stat.

17.     Plaintiff re-alleges paragraphs 1-16 above.

18.     Defendant discriminated against Plaintiff on the basis of age in violation of the Florida Civil Rights Act (FCRA), Florida Statute §760.10.

19.     Plaintiff suffered damages caused by the Defendant's violation of FCRA, including but not limited to lost income, lost benefits, lost opportunities for career advancement, mental pan and anguish and lost employment opportunities.

WHEREFORE, Plaintiff demands judgment against Defendant for his past lost earnings and fringe benefits, future lost earnings and fringe benefits, punitive damages, and damages for the value of his lost earning capacity so that he can be made whole, as well as his reasonable attorney's fees and costs pursuant to the FCRA, and any other relief the Court deems just and proper.

## COUNT II
## AGE DISCRIMINATION IN EMPLOYMENT ACT (ADEA)
## 29 U.S.C § 621 - 29 U.S.C. § 634

20.     Plaintiff re-alleges paragraphs 1-16.

21.     The Defendant willfully discriminated against the Plaintiff in the terms and conditions of employment on the basis of the Plaintiff's age, in violation of the ADEA when Defendant terminated Plaintiff at the age of 65 and replaced him with a younger individual.

4

22.     The Plaintiff has suffered damages as a result of the Defendant's discrimination in violation of the ADEA, including but not limited to lost income, lost benefits, lost opportunities for advancement, and mental pain and anguish.

WHEREFORE, Plaintiff demands judgment against Defendant for his past lost earnings and fringe benefits, future lost earnings and fringe benefits, and damages for the value of his lost earning capacity so that he can be made whole, liquidated damages, his reasonable attorney's fees and costs pursuant to the ADEA, and any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues so triable.

Dated this 25th day of August 2020,

Respectfully submitted,

/s/ Peggy Underbrink
Attorney for Plaintiff
Florida Bar No. 599107
PO Box 2463
Bellingham WA 98227
T 888-811-0391
F 888-811-0391
underbrinklawfirm@gmail.com

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |
| | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) Mr. Joseph Mazzochi | Home Phone No. (Incl Area Code) 772-285-3540 | |
|---|---|---|

| Street Address 427 SW Monroe Drive , Port St. Lucie, FL 3 986 | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name Moran Foods, LLC, dba Save A Lot Food Stoes | No. Employees, Members >20 | Phone No. (Include Area Cod 772-489-6741 |
|---|---|---|

| Street Address 2960 S US Hwy 1 Ste. D-1, Fort Pierce FL 34982 | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Cod |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
September 2019 - February 2020

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am 65 years of age, and will turn 66 in May 2020. I was employed as an Assistant
Manager at a Save A Lot Food Store (Moran Foods, LLC d/b/a/ "Save A Lot") in Fort
Pierce, Florida for over 9 years. On February 16, 2020, Save a Lot suddenly
terminated my employment for purported reasons that were not consistent with their
actual practices with regard to employee discipline. Not long before Save A Lot terminated
me, I witnessed them force the Store Manager, who was also in his mid-60s, to retire.
It appeared that new management was systematically removing older employees.
I believe Save A Lot discriminated against me on the basis of age.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| MARCH 6, 2020          [signature] Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Ex. A

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Joseph Mazzochi<br>427 SW Monroe Drive<br>Port Saint Lucie, FL 34986 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **510-2020-02925** | L. Foreshaw,<br>**Senior Federal Investigator** | **(786) 648-5840** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.**  Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):**  You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**ERIKA LACOUR**

Digitally signed by ERIKA LACOUR
DN: c=US, o=U.S. Government, ou=Equal
Employment Opportunity Commission,
cn=ERIKA LACOUR,
0.9.2342.19200300.100.1.1=45001002872263
Date: 2020.07.10 06:41:37 -05'00'

for **Bradley A, Anderson,**
**Acting District Director**

07/10/2020

*(Date Emailed)*

Enclosures(s)

cc: | **Denise Persechino**<br>**Registered Agent**<br>**MORAN FOODS, LLC**<br>**(d/b/a) SAVE ALOT FOOD STORE**<br>**2960 S. US Highway 1**<br>**Fort Pierce, FL 34982** | **Peggy Underbrink, Esq.**<br>**PEGGY UNDERBRINK**<br>**Post Office Box 2463**<br>**Bellingham, WA 98227** |

**Ex. B**